**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

No. 07-1421

—————

KAREEMAH YASMINA BELL,

Plaintiff - Appellant,

versus

STACIE BELL,

Defendant - Appellee.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.   Claude M. Hilton, Senior District Judge.  (1:06-cv-01369-CHM)

—————

Submitted: August 30, 2007          Decided:  September 5, 2007

—————

Before MICHAEL, KING, and SHEDD, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Kareemah Yasmina Bell, Appellant Pro Se.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kareemah Yasmina Bell appeals the district court's order dismissing her employment discrimination action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bell v. Bell, No. 1:06-cv-01369-CHM (E.D. Va. filed Mar. 30, 2007; entered Apr. 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED